Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Lyn Galloway,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Laundry City, Inc.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00823-DJC-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

　　　　Plaintiff Terry Lyn Galloway voluntarily dismisses this entire action of all parties and causes of action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Respectfully submitted,

Dated: December 14, 2023　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
NOTICE OF VOLUNTARY DISMISSAL